Michael Garland, Esq.
Crowson Law Group
637 A Street
Anchorage, AK 99501
(907) 677-9393 Telephone
(907) 677-9310 Facsimile
Email: mike@crowsonlaw.com
*Attorneys for Plaintiff*

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

JEANNE PIFER,

Plaintiff,

v.

SPORTSMAN'S WAREHOUSE, INC., ANC DIMOND, LLC, ANC HAWKINS, LLC and HAWKINS COMPANIES, LLC,

Defendants,

Case No. 3AN-24______________CI

**COMPLAINT**

NOW COMES Jeanne Pifer (hereinafter "Plaintiff"), through counsel Crowson Law Group, and for her Complaint alleges and states as follows:

1. Plaintiff is a resident of Anchorage, Alaska.
2. Upon information and belief, Defendant Sportsman's Warehouse, Inc. is a foreign corporation authorized and doing business in Anchorage, Alaska.
3. Upon information and belief, Defendant ANC Dimond, LLC is a foreign limited liability company authorized and doing business in Anchorage, Alaska.

CROWSON LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA
99654

4. Upon information and belief, Defendants ANC Hawkins, LLC and Hawkins Companies, LLC are foreign limited liability companies authorized and doing business in Anchorage, Alaska

5. Jurisdiction is proper in the Third Judicial District in Anchorage, Alaska, Pursuant to AS 22.10.030 and Alaska R. Civ. P.3(d).

6. Venue is proper in the Third Judicial District in Anchorage, Alaska pursuant to AS 22.10.030 and Alaska R.Civ.P.3(d).

7. On February 28, 2022, at or around 11:00 a.m. Plaintiff and her spouse were patrons and business invitees at the Sportsman's Warehouse store at 8681 Old Seward Highway in Anchorage, Alaska (hereiafter "the property").

8. Plaintiff was walking on the sidewalk outside the Sportsman's Warhouse store when she slipped and fell on a patch of ice.

9. Plaintiff's fall was the direct and proximate result of various negligent acts and omissions comitted indivually and/or jointly by the Defendants.

10. Plaintiff sustained severe, painful and permanent injuries, caused by the fall at the property.

11. As a direct and proximate result of the negligence of the Defendants, Plaintiff has sustained damages and will continue to sustain damages in the future, including but not limited to the following:

    a. Permanent physical injuries;

    b. Pain and suffering;

    c. Medical expenses;

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

—

850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA
99654

d. Future expenses and pain and suffering; and

e. Such other damages as may be shown at trial.

12. At all times relevant to this Complaint, Defendants owned, possessed and/or controlled and were responsible for the maintenance of the property at 8681 Old Seward Highway in Anchorage, Alaska, its exterior walkways, and parking lot.

13. Defendants owed Plaintiff a duty of care to reasonably maintain its pedestrian walkways in a reasonably safe condition.

14. At all times relevant to this Complaint, Defendants breached their duty care and were negligent in the following ways:

a. They failed to maintain the pedestrian walkways and sidewalk to ensure conditions were not unreasonably slippery;

b. They failed to warn patrons of a dangerous condition existing on the property;

c. They failed to provide adequate and safe methods of mitigating ice formation on pedestrian walkways; and

d. They were negligent in other ways as may be shown at trial.

15. As a direct result of the negligent acts and omissions of the Defendants, Plaintiff was injured and damaged in an amount to be determined at trial but believed to be in excess of $100.000.00.

WHEREFORE, Plaintiff Pifer prays this Court award judgment in her favor and against Defendants Sportsman's Warehouse, Inc., ANC Dimond, LLC, ANC Hawkins, LLC, and Hawkins Companies, LLC, as follows:

1. For money damages in an amount to be determined at trial, but believed to be greater than $100,000.00.

CROWSON LAW GROUP
637 A STREET
ANCHORAGE, ALASKA
99501
907-677-9393
—
850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA
99654

2. For costs, interest, and attorney's fees.

3. For all other remedies this honorable Court deems fair and just under the premises.

DATED in Anchorage, Alaska this the 12th day of February, 2024.

CROWSON LAW GROUP
*Attorney for Plaintiff*

By: *Michael Garland*
Michael Garland
Alaska Bar No.: 2211099
mike@crowsonlaw.com

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

—

850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA
99654

Complaint
*Pifer vs. Sportman's Warehouse,Inc., et al.* Case No. 3AN-24-_____________CI
Page 4 of 4

EXHIBIT 1
Page 4 of 4